# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA

v.

**Victor Manuel FRANCO-Perez**

YOB: 1969
POB:  Mexico

Name and Address of Defendant

**CRIMINAL COMPLAINT**

Case Number: 7:18-po- 0527

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 15, 2017__ in __Starr, Texas__ County, in the __Southern__ District of __Texas__ defendant(s) did,

*(Track Statutory Language of Offense)*

being then and there an alien did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers:

in violation of Title __8__ United States Code, Section(s) __1325 (a) (1)__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

**On June 15, 2018, Victor Manuel FRANCO-Perez was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and he was remanded to the custody of Immigration and Customs Enforcement on June 20, 2018. When questioned as to his citizenship, defendant stated that he is a citizen and national of Mexico who illegally entered the United States on or about June 15, 2017 by wading the Rio Grande River at or near Roma, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/s/    **Alfonso Lemming**

Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**June 21, 2018**                                    at    **McAllen, Texas**

Date                                                                    City and State

**J. Scott Hacker, U.S. Magistrate Judge**

Name and Title of Judicial Officer                          Signature of Judicial Officer